**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Norwood Wallace BARBER, Jr., a/k/a Pee Wee Barber, Defendant–Appellant.**

No. 15–7424.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 20, 2015.

Norwood Wallace Barber, Jr., Appellant Pro Se. Grayson A. Hoffman, Jeb Thomas Terrien, Assistant United States Attorneys, Harrisonburg, Virginia, for Appellee.

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norwood Wallace Barber, Jr., appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barber*, No. 5:05–cr–00015–SGW–1 (W.D.Va. filed Aug. 12, 2015; entered Aug. 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*